**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: CARRILLO, Nicolas - CGIC Multiple Sale Referral | Investigation Number: 785115-22-0118 | Report Number: 25 |
|---|---|---|

### SUMMARY OF EVENT:

**Intelligence Analysis-** On May 10, 2023, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) Carroll analyzed data found on Marian Magdalina TORRES cellular device.

### NARRATIVE:

1. On May 3rd, 2023, SA's executed a search warrant at ▮▮▮▮ 73rd Drive, Laveen AZ 85339. Pursuant to the warrant, SA Carroll conducted a physical examination of the cellular device belonging to TORRES. When TORRES exited the residence, she was holding the cell phone in her hand.

2. SA Carroll took the cell phone to HIDTA for examination, but they were unable to provide a forensic copy of the cell phone due to an unavailable software update. The phone was then manually examined by SA Carroll and screenshots of the conversations have been added as attachments for reference. For full conversations refer to the attachments.

3. CARRILLO was identified as having different conversations with TORRES under the following phone numbers:
   a) "Babes"- photograph of CARRILLO and TORRES. Phone number listed as ▮▮▮▮▮ ▮▮▮▮

| Prepared by: Hannah E. Carroll | Title: Special Agent, Phoenix VII Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by: Kevin P. Funke | Title: Group Supervisor, Phoenix VII Field Office | Signature: | Date: |
| Second level reviewer (optional): Travis S. Riddle | Title: Assistant Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

518

| Title of Investigation:<br>CARRILLO, Nicolas - CGIC Multiple Sale Referral | Investigation Number:<br>785115-22-0118 | Report Number:<br>25 |
|---|---|---|



b)

c) ████ 3333

d) ████ -9488

The following conversations were found on the cell phone that are important to this case and firearms trafficking:

4. March 29, 2021:
   a. CARRILLO sent this photograph to TORRES:

ATF EF 3120.2 (10-20<br>For Official Use Only

519

| Title of Investigation:<br>CARRILLO, Nicolas - CGIC Multiple Sale Referral | Investigation Number:<br>785115-22-0118 | Report Number:<br>25 |
|---|---|---|



b.
c. TORRES: ol impatient ass lmao. You gon sell that one too?
d. CARRILLO: No I didn't buy it. This guy is trynna sell it too me. But hes taxing 200 on top of retail.
e. TORRES: How much is it
f. CARRILLO: 2k he wants for it. But its retail is 1600 and some change.
g. TORRES: Oh yeah na he can go kick rocks
h. CARRILLO: Idkkkk it do be hard thoooo
i. TORRES: Mostly you want sum to keep on you no?? You cant carry that shit like nun. Unless u want it more for collection
j. CARRILLO: Its collection. Like a rifle.
k. TORRES: Okay well I think you should wait off until u get the gun you want then you have start ur collection. But that's just my opinion. You gon do what u want regardless lol.
l. CARRILLO:  I want a pistol :/ but you slacking pimp
m. TORRES: First of, I was not in town for like 3 days today I worked and I'm not off Till Friday. And I told u this. So either u wait or get it yourself. Gone get me mad.
n. CARRILLO: illll waiiiitttttt. LMFAO
o. TORRES: I shouldn't even be this solid but nooooo I dead ass be doing the most for ur ass
p. CARRILLO: you be doing what god blessed you with. A biggggoooo heart
q. TORRES: Yeah that people don't give a fuck about

5. March 30, 2021:
   a. TORRES: send me the names of the guns u want. Or pics. Pls and thanks

ATF EF 3120.2 (10-20<br>For Official Use Only

520

| Title of Investigation:<br>CARRILLO, Nicolas - CGIC Multiple Sale Referral | Investigation Number:<br>785115-22-0118 | Report Number:<br>25 |
|---|---|---|

b. CARRILLO: FN 509 tactical. Glock 19x. Or any FULL SIZED GLOCKS 40mm or 9mm.

c. TORRES: Okay thanks

6. March 31, 2021:
   a. *TORRES has a conversation with "T" (#480-886-3255) asking if she thought "Pete" would sell her a gun. TORRES asked for a FN509 tactical, Glock 19X, or any full sized glock 40mm or 9mm. "T" said she would ask Pete.*
   b. T- whats your price rang
   c. TORRES: No price range. As of now
   d. T' Big freaking baller
   e. TORRES: Let me know prizing and I'm at lunch
   f. T- you only want those or are you open to other models
   g. TORRES: Mmm mostly those but I can be open to other models depending. I just need to know what models.
   h. T- He said cool give him until 6
   i. TORRES: Hella clutch ok thanks!!
   j. T- Welcome
   k. TORRES: What homeboy sayyy
   l. T- Oh he didn't text me back I bet he forgot hand on a sec… im waiting 2 guys one has a g19x another one has thefn509 but its black each one is running 650
   m. TORRES:  Can I take both. Ill pick em up rnnn
   n. T- This girl let me get pictures
   o. TORRES: Ok but like im dead ass ill buy them both if I could lol
   p. T- lol yeah hes gonna see how much they are asking and see from there
   q. TORRES: Okay so 650 was just starting price or wassup
   r. T- Idk Pete was talking to the guy he said he was gonna see if he could get a deal for both
   s. TORRES: Ayeee lie okay!

7. March 31, 2021:
   a. TORRES: so as far as the gun goes. I found a g19x
   b. CARRILLO: NO WAY
   c. TORRES: and a fn509
   d. CARRILLO: WHERE! Boffum?
   e. TORRES: I got connections. Running about 650.

8. April 2, 2021, 10:59am:
   a. CARRILLO: Overdose
   b. TORRES: Done did that already, medical professional said that's the most hardcore drug they've seen by far.
   c. CARRILLO: never once
   d. TORRES: You one of a kind babyyyyy
   e. CARRILLO: Then buy me twoooo guns dennn

ATF EF 3120.2 (10-2(<br>For Official Use Only

521

| Title of Investigation:<br>CARRILLO, Nicolas - CGIC Multiple Sale Referral | Investigation Number:<br>785115-22-0118 | Report Number:<br>25 |
| --- | --- | --- |

    f.  TORRES: Working on it, I asked for hem to send me pics. So I can send them to u. See if u approve. And im trying to work out a deal for both.

    g.  CARRILLO: Ok just lmk

    h.  TORRES: I will if they don't get back to me ill just go to the place. Ok so I check up on it and the guy I was gonna get it from is on vacation till next week but. This is it:



    i.

    j.  CARRILLO: Fuck yes. Im hard rn. Gahhhh damn

    k.  TORRES: Ok so I can get that next week or?

    l.  CARRILLO: Get what?

    m.  TORRES: The g19x. next week. Cuss hes in vacation.

    n.  CARRILLO: Yeahhhhhhhhh

    o.  TORRES: Or (see photographs)

ATF EF 3120.2 (10-20<br>For Official Use Only

| Title of Investigation:<br>CARRILLO, Nicolas - CGIC Multiple Sale Referral | Investigation Number:<br>785115-22-0118 | Report Number:<br>25 |
| --- | --- | --- |



p.

q.

ATF EF 3120.2 (10-20
For Official Use Only

523

| Title of Investigation:<br>CARRILLO, Nicolas - CGIC Multiple Sale Referral | Investigation Number:<br>785115-22-0118 | Report Number:<br>25 |
|---|---|---|



r.

s.



t.

Investigation Number:<br>785115-22-0118

ATF EF 3120.2 (10-20<br>For Official Use Only

524

u.



v.



w. CARRILLO told TORRES to wait on the Glock. TORRES reiterated he was on vacation.

ATF EF 3120.2 (10-2004)
For Official Use Only

525

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| CARRILLO, Nicolas - CGIC Multiple Sale Referral | 785115-22-0118 | 25 |

Case 2:23-cr-00818-DGC Document 70-2 Filed 05/23/24 Page 9 of 37

    x.   TORRES: Ok cuss the one you want he has it at his house and hes on vacation right now but he'll be back next week so if u really want it I can get it sometime next week. He said he also has these. Idk if you care for them.

    y.   CARRILLO: lemmmmeeee seeee



    z.

aa. CARRILLO: Tell him you'll wait till he gets what he has on the way to seeee but for sure the 19x

bb. TORRES: Okay I let him know. And I'll send you the rest whenever he does.

9.   April 8, 2021:

    a.   CARRILLO: I found a guy who can sell me guns. He's a licensed dealer.

    b.

ATF EF 3120.2 (10-2004)
For Official Use Only
526

Case 2:23-cr-00818-DGC    Document 70-2    Filed 05/23/24    Page 10 of 37

c.



d.



e. CARRILLO sent the screen shot of the conversation with the FFL to TORRES:

ATF EF 3120.2 (10-2004)
For Official Use Only

527

| Title of Investigation: | | Investigation Number: | Report Number: |
|---|---|---|---|
| CARRILLO, Nicolas - CGIC Multiple Sale Referral | | 785115-22-0118 | 25 |

Case 2:23-cr-00818-DGC    Document 70-2    Filed 05/23/24    Page 11 of 37



    f.

g.  TORRES: Alrightyyyyyy so what's the plan

h.  CARRILLO: I mean shitttt can you just get me that tan glock rn?

i.  TORRES: From him?

j.  CARRILLO:  Yeah. Its legal

k.  TORRES: Whats his addy

l.  CARRILLO: If I ask and tell him we gotta go get it tho

m.  TORRES: Okay run me my money thennnnn

n.  CARRILLO: Huh????

o.  CARRILLO: Are you paying now or when I pick it up?

p.  CARRILLO: YOU will pay when you pick it up

q.  TORRES: You funny. I will pay with YOUR money

r.  CARRILLO: You was gon buy me that Glock thooooo

s.  TORRES: When we was togethaaaa and for our anniversary.

t.  CARRILLO sent a meme

ATF EF 3120.2 (10-2004)
For Official Use Only
528

u.  TORRES: You deadass rn?

v.  CARRILLO: I swear I thought that Glock you was getting from that guy was on you

w.  TORRES: How much is the one from him?? And idk how you came to that conclusion but okkkkk

x.  CARRILLO: ▮▮▮▮▮▮▮▮ queen creek az 85413. CARRILLO sent TORRES $200.

10. April 8, 2021, 7:59pm:



a.

b.  TORRES: I technicially bought you a gun lol. Under my name lol.

c.  CARRILLO: Yeah lol. A bill of sale and you'll be ok. Was he weird.

d.  TORRES: Qcfirearms he said to follow him and they have raffles where you can win guns. On ig

e.  CARRILLO: That's actually sick how his business is at his crib

f.  TORRES: And we'll that's what we finna do cuss I don't want a gun lmap

g.  CARRILLO: You are certified killllllllerrrr now

h.  TORRES: Naaaa anyways on my way home

i.  CARRILLO: Will it be too much to ask if you can drop it off at my moms crib. Joey is home he's going to take it and hold it for me.

j.  CARRILLO: Ok

k.  TORRES: We should rob his house.

l.  *On April 8, 2021, TORRESS purchased a Glock, 17 Gen 5DDE, pistol, 9mm, serial #AFBR578 from QC Firearms located at 653 W. Agrarian Hills Dr. Queen Creek, AZ 85143.*

11. April 9, 2021:

a.  *Conversation between TORRES and "Alicia"*

b.  TORRES: I made a mistake ishhh. lmaooo

c.  Alicia- Oh no

| Title of Investigation:<br>CARRILLO, Nicolas - CGIC Multiple Sale Referral | Investigation Number:<br>785115-22-0118 | Report Number:<br>25 |
| --- | --- | --- |

Case 2:23-cr-00818-DGC    Document 70-2    Filed 05/23/24    Page 13 of 37

    d. TORRES: SO I bought nick a gun. Anddddd. I was like ok I don't want it under m name. But he asked me to drop it off at his house. And I didn't really want to until we transferred it to his name. Now im like

    e. Alicia- Fuuuuuck. This is stupid. I hope he doesn't do anything dumb.

    f. TORRES: I know soooo I'm trying to see online now I can do this.

    g. Alicia- Hahaha fr hurry it up. I mean I bet nothing crazy will happen but

    h. TORRES: I seen something about a bill of sale. Buttt idk.

    i. Alicia- Don't be doing shit for him like that bro you're not his gf :/. That was way too nice of you.

    j. TORRES: I know and I regret it. Big time. I'm actually mad at myself. And I'don't wanna talk to him today. I feel somehow disgusted.

    k. Alicia- I think I'm disgusted he took Advantage of you like he knew you'd do it bro

    l. TORRES: He was like I don't want you to think I'm taking advantage of you so it that's the case I'll get it myself. But that was after he had already told the dude lmao. I was like whatever bro.

12. May 17, 2021:

    a. *623-209-4288 and TORRES talk about issues between TORRES and CARRILLO:*

    b. TORRES- I get his work takes up a lot of his time and last time I didn't hear from him was when I was in Vegas and he went to go cross that fucking girl from the border so I'm thinking he's either one some shit like that and doesn't wanna tell me till he does it. Like last time. OR he has another bitch. And keeping me in the dark.

    c. 623-209-4288- But Mariana. If he's doing that. Crossing thing. That has nothing to do with being honest about where y'all started. Like the correlation is not existent. One does not interfere with the other.

13. March 5, 2022, 7:32am:

    a. CARRILLO: good morning. Omw to Tucson. Let's see if I find scars.

    b. TORRES: Good morning, have a safe drive and Goodluck

    c. CARRILLO: Any luck with you

    d. TORRES: Not yet. One of my f coworkers told me to look up mmp guns that they have a lot of guns that u can think of. To call them. They might have it

    e. CARRILLO: went yesterday

    f. TORRES: oh ok nvm

    g. CARRILLO: or two days ago. Yeah :/

    h. TORRES: ok well look somewhere else too then

    i. CARRILLO: You my Bonnie fr fr. Al lyou gotta do is kill someone for me.

    j. TORRES: I also put on alerts so when a place gets them I get an email telling me they're in stock.

    k. CARRILLO: nice babe ty

    l. TORRES: youre welcome

    m. CARRILLO: what time you off today slime. I think I found one in Mesa through my friends.

    n. TORRES: 4. Oh good!!

    o. CARRILLO: Rn I just showered I wanna see if I can get a cut then ima go there.

    p. TORRES: Go where. And what time is the carne asada

    q. CARRILLO: My Tia coties

    r. TORRES; ok sounds good

    s. CARRILLO: Babe

    t. TORRES: Yeah?

    u. CARRILLO: I did find one this morning in Tucson just a fyi I wasn't clear on that. So the one in Mesa can possibly be my second.

Case 2:23-cr-00818-DGC    Document 70-2    Filed 05/23/24    Page 14 of 37

    v.   TORRES: Okay and Pete is trynna get you one rn

    w.  CARRILLO: Sweet hell yeah

    x.   TORRES: The guy is just out of town rn but said he'll keep my updated.

    y.   CARRILLO: Yessssiirrrrr

14. March 7, 2022, 12:06PM:

    a.  Its asking if I've been convicted of a misdemeanor of domestic violence lol.

    b.  CARRILLO send a photograph of TORRES in Bear Arms FFL:



    c.

    d.  TORRES: Bigger than me and shit.

    e.  *On March 7, 2022, TORRES purchased a FN, Scar17, rifle, .308, serial #H1C12883 from Bear Arms located at 10321 N. Scottsdale Rd, Scottsdale Arizona 85253.*

15. March 11, 2022, 11:22am:

    a.  *TORRES has a conversation with "Pete". The conversation follows:*

        i.  Pete: walk in let me get you those store location and name I have them written on my office computer lol

       ii.  TORRES: okay

      iii.  PETE: he changed his mind. We are good 3500. Let me know asap

      iv.  TORRES: Okay. Give me about 30 min

    b.  *TORRES to CARRILLO*: The guy will sell you the Tun. Gun

    c.  CARRILLO: I wanna pick it up rn

    d.  TORRES: ok

    e.  CARRILLO: so whats the word babes.

    f.  TORRES sends CARRILLO a screen shot:

ATF EF 3120.2 (10-2004)
For Official Use Only

531



g.

h. TORRESS tells CARRILLO: He told him I was a cousin of his. Ill text him if you want. That way I can tell him youre gonna go. I sent a text to him ill let you know. What he says.

i. CARRILLO: Ok ASAP mi amor I appreciate you doing this from work.

j. TORRES: I will sorry ill try to keep up cuss im kinda busy in between patients.

k. CARRILLO: I can text him.

l. TORRES sent the screen shot to CARRILLO:



m.

n. CARRILLO: this afternoon is fine

o. TORRES: Ok let me ask him. What time.

p. TORRES sent another screen shot to CARRILLO:

ATF EF 3120.2 (10-2004)
For Official Use Only

532

| Title of Investigation:<br>CARRILLO, Nicolas - CGIC Multiple Sale Referral | Investigation Number:<br>785115-22-0118 | Report Number:<br>25 |
|---|---|---|



q.
r.  TORRES: I let him know you're gonna reach out
s.  CARRILLO: thank you baby for being so solid. I love you!!!
t.  TORRES: not a problem. Ice breaker, he ex military so lol
u.  CARRILLO: He aint texting back babe
v.  TORRES: ?? He just texted me thanks &213.
w.  CARRILLO: Yeah he responded. Muah.
x.  TORRES: ok
y.  CARRILLO: Muah. Go get that bag now love. 349462k in sales today.
z.  TORRES: ok Goodluck.

16. March 11, 2022, 4:16pm (later in the day).
    a.  CARRILLO: everything went smooth
    b.  TORRES: Happy to hear
    c.  CARRILLO: Im heading to Mesa right now love
    d.  TORRES: Sounds good be safe
    e.  CARRILLO: Always. Why you being weird tooooooo meeeeee.

17. March 12, 2022, 12:15am.
    a.  I'm home now babe, I love you.

18. March 20, 2022:

ATF EF 3120.2 (10-2004)<br>For Official Use Only

533

| Title of Investigation: CARRILLO, Nicolas - CGIC Multiple Sale Referral | Investigation Number: 785115-22-0118 | Report Number: 25 |
|---|---|---|

    a.  CARRILLO (to TORRES): Babes. I made a play but he Apple payed me. Ima send it to you if you can take it out in cash. On ya own time doesn't need to be right now. ($160 in Apple in cash.)

    b.  TORRES: Okay sounds good cuss I still need to set it up and it takes 3-5 B/D for it to transfer to my bank. Next time zelle is better that way the money you have it right away.

    c.  CARRILLO: Oh fuck. Send it back. I'm with Norton ill have him do it babes sorry.

19. April 13, 2022, 4:59pm

    a.  CARRILLO: Hows work babe

    b.  TORRES: Busy as hell

    c.  CARRILLO: Me too. Stressing

    d.  TORRES: Why? Whats up?

    e.  ***CARRILLO: Money and the person who was going to cross my drakes can't anymore.***

    f.  TORRES: Oooo ok well that's something they need to figure out no? Instead of u stressing about it? Im home

    g.  CARRILLO: I'm on the way to Mesa. Send the following photo:



    h.

20. April 21, 2022:

    a.  CARRILLO: are you working sat. There's a gun show I wanna go it.

    b.  TORRES: yeah I get off at 4. But if you wanna go go babe.

    c.  CARRILLO: I will

21. April 24, 2022 2:21pm:

    a.  CARRILLO: I'm home babe

    b.  TORRES: good glad u made it ok

    c.  CARRILLO: my arms are shaking im so soreee

    d.  TORRES: why

ATF EF 3120.2 (10-2004)
For Official Use Only

534

| Title of Investigation: CARRILLO, Nicolas - CGIC Multiple Sale Referral | Investigation Number: 785115-22-0118 | Report Number: 25 |
| --- | --- | --- |

Case 2:23-cr-00818-DGC    Document 70-2    Filed 05/23/24    Page 18 of 37

   e.  CARRILLO: The gun show I was walking around with heavy stuff

22. CARRILLO sent a video:



  a)  CARRILLO: babe Mexico on Tuesday ima go for a day or two and be back.

23. April 24, 2022, 6:21pm:

ATF EF 3120.2 (10-2004)
For Official Use Only

535

| Title of Investigation:<br>CARRILLO, Nicolas - CGIC Multiple Sale Referral | Investigation Number:<br>785115-22-0118 | Report Number:<br>25 |
|---|---|---|



   a.
   b.  CARRILLO: sent a picture of rifles with a caption: "I LOVE IT"
   c.  TORRES: "that's a lot of toyssssss"
   d.  CARRILLO: " you look chefs kiss"

24. May 18, 2022:
   a.  CARRILLO: you said, the gun store from Scottsdale called me
   b.  TORRES: dead ass lmao. And for what
   c.  CARRILLO: They have a scar 17. For 3.5k. but that's a easy 6.5k.
   d.  TORRES: Sheeesh. You gonna get it?
   e.  CARRILLO: I spent some money over the last days I gotta see if I got it. But sheshhhh that's a goooooooooooooooddd ticket. Remember it was 4.4k in another store.
   f.  TORRES: Yeah so its cheaper. You haven't got the 25k yet?
   g.  CARRILLO: Dammmm foooo. Red flag. That's not sum to say over hereee.

ATF EF 3120.2 (10-2004)
For Official Use Only

536

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| CARRILLO, Nicolas - CGIC Multiple Sale Referral | 785115-22-0118 | 25 |

Case 2:23-cr-00818-DGC    Document 70-2    Filed 05/23/24    Page 20 of 37

    h.  TORRES: Okayyyy. Anyways. Go awf

    i.  CARRILLO: you a fed I knew it

25. May 20, 2022:

    a.  CARRILLO: Scar is here

    b.  TORRES: Did you get it? And lmao trueeee

    c.  CARRILLO: right now

    d.  TORRES: oh ok cool

    e.  CARRILLO: later in the day CARRILLO sends a picture of a SCAR:



    f.

26. June 7, 2022:

    a.  CARRILLO: Hey babe just getting to Tucson. Ok cool.

    b.  TORRES: ??? Wrong person? And ok get home safe

27. June 20, 2022:

    a.  CARRILLO: I gotta take a day trip tomorrow

    b.  TORRES: mm ok. Where to.

    c.  CARRILLO: El Paso they have a scar 208 if I go pick it up I get 3k so. I think I want to go get that. Ima stay with Naylor in my old barracks room.

ATF EF 3120.2 (10-2004)
For Official Use Only

537

| Title of Investigation: CARRILLO, Nicolas - CGIC Multiple Sale Referral | Investigation Number: 785115-22-0118 | Report Number: 25 |
| --- | --- | --- |

d.   TORRES: Is it for that or the concert lol

e.   CARRILLO: Rolling loud is in Miami babe. BRO YOU SWEARRR. THIS IS WHAT I MEAN. RIGHT HERE.  OMGGGG

f.   TORRES: Okay sounds good. I ain't getting into it lol you told me that's fine. Get that money.

g.   CARRILLO sent this schedules:



h.

28. June 25, 2022:

a.   CARRILLO: yeah its at shooters word. World

b.   TORRES: I found them. They're in my purse.

c.   CARRILLO: Oh ok great. I thought I left em over deeerrrr.

d.   TORRES: Do you need it?

e.   CARRILLO: no babe but I just saw my wallet. Tomorrow we're going for that scar I would need it yanno.

f.   TORRES: Ok, if you need it lmk

g.   CARRILLO: Now you know see babe I won't be at no club or strip club or doing hood rat activities now for a fact lol

h.   TORRES: You could use ur military ID

i.   CARRILLO: its expired nice try

j.   TORRES: regardless you aint gonna go to no strip club or club or hood rat activity

k.   CARRILLO: Never that

l.   TORRES: Although the music in the background did tell on you

m.   CARRILO: I'm at a restaurant waiting on this dude I wanted a beer but nvm

n.   … talk about relationship…

o.   CARRILLO: Rn I'm with Gabriel waiting on this dude bc he owes me 1000

p.   TORRES: Who does? Gabriel?

| Title of Investigation:<br>CARRILLO, Nicolas - CGIC Multiple Sale Referral | Investigation Number:<br>785115-22-0118 | Report Number:<br>25 |
|---|---|---|

Case 2:23-cr-00818-DGC    Document 70-2    Filed 05/23/24    Page 22 of 37

q. CARRILLO: No a client

r. TORRES: oh ok, well lowkey glad Gabriel there and ur not alone. Just in case.

s. CARRILLO: I keep it on me

t. TORRES: I know pero I worry no matter what

29. June 27, 2022:

a. TORRES: Babe. My manager todsay told me that on Saturday they got a call in Laveen. Saying that a cartel with a white truck was gonna shoot the place up if she didn't give her a first aid kit cuss I guess they had a man dying in the truck. And then today we got the call at 24th st.

b. CARRILLO: Tell her I said no cartel gas a green light to do that here

c. TORRES: She's all panicking and I don't know what to do lol so I just wanted to let you know just in case.

d. CARRILLO: And if anything happens to let me know I'll make some calle and handle it.

e. TORRES: Ok…

f. CARRILLO: It's just ppl that try scamming and using the cartel scare tactics. That's all ca. Cap. We don't do that bb.

g. TORRES: Okay ill just chill.

h. CARRILLO: PS you said you get le starbiessss. And a eggh sammich.

i. TORRES: I know babes but I could never be to careful never in my life has that happened you know? And the world be crazy. And yeah. Sure. (Sent $15 in cash app)

j. CARRILLO: sent the following photograph:



k.

| Title of Investigation: CARRILLO, Nicolas - CGIC Multiple Sale Referral | Investigation Number: 785115-22-0118 | Report Number: 25 |
|---|---|---|

l. CARRILLO: we on our way to protec you

m. TORRES: Lmao okay babes I love to see it. And start being nice before I die. You didn't say you loved me when I said it. And I sent you starbiesss money.

n. CARRILLO: Now about you be nice before I give en

30. July 5, 2022:

    a. CARRILLO: I might drive to Tucson rn

    b. TORRES: Why

    c. CARRILLO: Scar

    d. TORRES: oh ok, well have a safe drive and be careful

    e. CARRILLO: I neva went I'll go tomorrow

    f. TORRES: Alright

31. July 15, 2022:

    a. CARRILLO sent the photograph to TORRES:



    b.

32. July 23, 2022:

    a. CARRILLO: Lmfao aww babe ima go to work rn w Gabriel ☹. But we're planning at stopping at the mall do you need anything my love?

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: CARRILLO, Nicolas - CGIC Multiple Sale Referral | Investigation Number: 785115-22-0118 | Report Number: 25 |
|---|---|---|



b.

33. July 28, 2022:
   a. CARRILLO: The day feels like it's going so fast but it's just the cloudy weather lol it's stressing me out.
   b. TORRES: You're good baby relaz. I love you the time is yours.
   c. CARRILLO:

ATF EF 3120.2 (10-2004)
For Official Use Only

541

| Title of Investigation: CARRILLO, Nicolas - CGIC Multiple Sale Referral | Investigation Number: 785115-22-0118 | Report Number: 25 |
| --- | --- | --- |



 d.

 e. CARRILLO: Hey babe I'm just leaving the house again for a haircut and then some work duties might be a long one.

34. July 31, 2022:

 a. CARRILLO: (sent picture) This is proof. That is my cousin. Should you like to seeee ID credentials. Babe ima be here for a min we're gon grill the dudes still haven't pulled up ok. If I don't show up home with 10k I'm lying ok. Muah. I fucking love you babe.

 b. TORRES: LMAOOOO I'm just seeing ur messages. Okay babe. You said it. You don't come back with it. Imma be upsetttttt.

ATF EF 3120.2 (10-2004)
For Official Use Only

542

c.

35. August 3, 2022:
   a. CARRILLO sent a doorbell camera video of SA Sander and SA Atencio to TORRES. The next day TORRES text CARRILLO and it appears the phone number has been changed.

36. January 18, 2023:
   a. TORRES: What happened. You're giving me anxiety.
   b. CARRILLO: Lol nothing for you to worry about my love everything is under control. They just want me to do something and im far but it needs to happen rn or someone is fucked lol. Don't worry babe. Work.
   c. TORRES: I thought you were home :/ said you were waiting on me
   d. CARRILLO: How you doin baby
   e. TORRES: Good and you?
   f. CARRILLO: Good baby. I love you.
   g. TORRES: I love you
   h. CARRILLO: Omw I sent Gabriel. I'm tired.
   i. TORRES: Get home safe baby I'll wait for you.

37. The following photographs were found on the cell phone relevant to this investigation:

ATF EF 3120.2 (10-2004)
For Official Use Only

543

Case 2:23-cr-00818-DGC    Document 70-2    Filed 05/23/24    Page 27 of 37

a.

b.

ATF EF 3120.2 (10-2004)
For Official Use Only

544

Case 2:23-cr-00818-DGC    Document 70-2    Filed 05/23/24    Page 28 of 37

c.

ATF EF 3120.2 (10-2004)
For Official Use Only
545

Case 2:23-cr-00818-DGC    Document 70-2    Filed 05/23/24    Page 29 of 37

d.



e.

ATF EF 3120.2 (10-2004)
For Official Use Only

547



f.

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| CARRILLO, Nicolas - CGIC Multiple Sale Referral | 785115-22-0118 | 25 |



ATF EF 3120.2 (10-2004)
For Official Use Only

549

g.



ATF EF 3120.2 (10-2004)
For Official Use Only

550



h.

| Title of Investigation: CARRILLO, Nicolas - CGIC Multiple Sale Referral | Investigation Number: 785115-22-0118 | Report Number: 25 |
|---|---|---|



i.

ATF EF 3120.2 (10-2004)
For Official Use Only

552



j.
k.

ATF EF 3120.2 (10-2004)
For Official Use Only

553

Case 2:23-cr-00818-DGC    Document 70-2    Filed 05/23/24    Page 37 of 37

1.



ATF EF 3120.2 (10-2004)
For Official Use Only

554