Kamille R. Dean, Esq. #024288
**LAW OFFICES OF KAMILLE DEAN, P.C.**
710 W. Roosevelt Street
Phoenix, AZ 85007
Office Phone: (602) 252-5601
Cellular Phone: (602) 516-5909
Facsimile: (602) 916-1982
E-mail: kamille@kamilledean.com
*Attorney for Defendant*

**LAW OFFICES OF KAMILLE R. DEAN, P.C.**
710 West Roosevelt Street
Phoenix, Arizona 85007

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                     Plaintiff,<br><br>v.<br><br>Nicolas Carrillo,<br><br>                     Defendant. | Case No**.:** 2:23-CR-00818-PHX-DGC<br><br>**DEFENDANT'S**<br>**SENTENCING MEMORANDUM**<br><br><br>Sentencing scheduled September 24, 2024 before the Honorable David G Campbell |

NICOLAS CARRILLO (hereinafter "Mr. Carrillo"), by and through undersigned counsel,  respectfully submits this Sentencing Memorandum for the Court's review and consideration prior to his sentencing hearing, which is scheduled for September 24, 2024.

## I.        OFFENSE(S)

Mr. Carrillo entered into a plea agreement with the Government wherein he agreed to plead guilty to:

Count 1 of the Indictment charging the defendant with a violation of 18 United States Code (U.S.C.) §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D), Dealing Firearms without a License, a Class C felony offense.

1

The parties stipulated Pursuant to Fed. R. Crim. P. 11(c)(1)(C), that Mr. Carrillo's sentence shall not exceed 41 months in the Bureau of Prisons. This stipulated sentencing cap will not change based on departures considered under U.S.S.G. § 1B1.1(b). Nothing in the agreement precludes the defendant from moving for a downward departure, variance, or sentence below the cap, or the court from imposing a sentence below the cap. At this time, Mr. Carrillo respectfully requests downward departure and variance and 24 months in the Bureau of Prisons.

## II. DEFENDANT'S BACKGROUND

Mr. Carrillo's actions on the date of the occurrence were not and are not consistent with his overall character. This pattern of behavior is not likely to occur again, and Mr. Carrillo understands the gravity of his poor choices that affected the community. Mr. Carrillo is twenty-four (24) year old United States Citizen who has resided in Arizona for almost his entire life. Mr. Carrillo is an Army Veteran and received an Honorable Discharge after serving four years. He was decorated with medals for outstanding service. Mr. Carrillo has been a hard-working individual his entire life and has, up to this point, been law abiding with absolutely no criminal history whatsoever. Since the time of his arrest, Mr. Carrillo has maintained gainful employment with Anderson Windows and Doors as an installation tech and recently took advantage of a career opportunity and promotion with Kachina Contracting Corp. Mr. Carrillo suffers from mental illness and also suffers from substance abuse and he may have addiction issues as it relates to illegal drugs.

Mr. Carrillo has always faced situations head-on and accepts responsibility for his actions in this instance. He has recognized the gravity of his behavior and where he erred. At the time he committed the offense, he did not fully grasp the severity of his actions. Mr. Carrillo is a person that always exhibited trustworthy behavior.

Please consider that Mr. Carrillo is a person of good moral character with significant support within the community. The offense for which Mr. Carrillo is charged, while being very serious in nature, did not involve any violence or intended harm to any victims. Mr. Carrillo's decisions and conduct on the dates of this offense can only be described as resulting from an aberration and not historically consistent with his character.

LAW OFFICES OF KAMILLE R. DEAN, P.C.
710 West Roosevelt Street
Phoenix, Arizona 85007

While the defense has attached many character reference letter excerpts on behalf of Mr. Carrillo, the defense would like to take the liberty to point out some of the more telling comments about Mr. Carrillo for this Honorable Court to have a better appreciation of him as a person rather than a Defendant.

## III.     MITIGATION

### SERVED IN THE UNITED STATES ARMED FORCES

Mr. Carilllo served in the United States Armed Forces and is a veteran. He served in U.S. Army 14 Tango Air Patriot launch operator from July 31, 2017 to January 1, 2021. He receives benefits from the VA hospital.

### SIGNIFICANT FAMILY AND FRIEND SUPPORT

Mr. Carrillo has the support of family and lifelong friends. All these people desire to see Mr. Carrillo correct his wrongs and to succeed on probation. Each of these people will be available to Mr. Carrillo for any support needed. (See *Character Letter Excerpts below from Friends/Family/Employers/Co-Workers*)

<u>*Cory Analla*</u>
President Kachina Contracting Corp.

Working with Nic is great because he gets along well with everyone and brings a positive vibe to our team. He does more than what's expected of him and is always ready to help out. Nic is a great guy to have on our team and it's clear he cares a lot about doing a good job and helping our company succeed.

<u>*Alexander Arce*</u>
Nick's Friend

It is fair to say Nicholas is like my little brother. Throughout his life he has shown how selfless he is through acts of kindness for others and his respectable actions. I truly believe this man would give anyone the shirt off his back or even the food off his plate.
. . .

I am aware of the charges Nicholas is facing. I, along with his family and loved ones find these charges to be devastating and absurd. As a participating member of the Second Amendment I chose to write this letter on his behalf in hopes that you show leniency towards Nicholas. I hope that you allow this veteran to continue to be a participating member of this society.

1255886.1

LAW OFFICES OF KAMILLE R. DEAN, P.C.
710 West Roosevelt Street
Phoenix, Arizona 85007

LAW OFFICES OF KAMILLE R. DEAN, P.C.
710 West Roosevelt Street
Phoenix, Arizona 85007

*Imelda Herrera*
Nick's Friend

As the years went by, I was able to witness the wonderful young man that Nicholas is today, he is loving, caring, considerate, and most of all one of the most responsible young men i know. Watching his life-changing decision to join the military and seeing what that did for him was one of the best and most difficult times of his life. Nico always took care of his family, and being apart from them helped him become the best version of himself. I hope this letter can be used in reference to define his character as well as his persona, from a personal and family perspective.

*Nancy Chavarria*
Nick's Friend

As soon as he turned 18 years old, he joined the military, and was very proud to serve his country.

…

It comes as no surprise that he is ready to accept responsibility for his actions. He has expressed a deep sense of remorse in making a serious mistake.

*Jazlyn Herrera*
Nick's Friend

He is a person of good moral character and is very hardworking. He has always been there for me when I needed him.

## ACCEPTANCE OF RESPONSIBILITY

Mr. Carrillo accepted full responsibility for his actions in the underlying matter which was resolved via a plea agreement.

## SINCERE REMORSEFULNESS

Mr. Carrillo is sincerely apologetic and remorseful for his wrongdoings and choices that put him before the Court.

## LACK OF CRIMINAL HISTORY

Mr. Carrillo has **no** prior criminal history as an adult.

4

## SUFFERS FROM MENTAL ILLNESS

While not a defense to the crime, Mr. Carillo would like the court to consider he suffers from mental illness including PTSD, depression, and anxiety. He sees a counselor at the Veteran's Hospital for treatment and also takes medication.

**IV.      RECOMMENDATION:**

Based upon the foregoing, Mr. Carrillo requests the Court follow the terms of the Plea Agreement and impose a downward departure consistent with the recommendation from probation and sentence him to **a term of 24 months prison.**

**RESPECTFULLY SUBMITTED** this 23rd day of September 2024,

By: /s/ Kamille R. Dean, Esq.
*Attorney for Defendant*

5

1255886.1

LAW OFFICES OF KAMILLE R. DEAN, P.C.
710 West Roosevelt Street
Phoenix, Arizona 85007

Certificate of Service:

I hereby certify that on September 23, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable David G. Campbell

Sheila Phillips
Assistant U.S. Attorney
United States Courthouse
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Sheila.phillips2@usdoj.gov

*Attorney for the United States of America*


By: /s/ *Kamille Dean*
Kamille Dean

1255886.1

June 5, 2023
Joel Andrade
6725 W Valley View Dr
Laveen, AZ 85339


Dear judge, I am writing this letter for the defendant Nicolas Carrillo Lopez, I can attest that he was proud to serve his country. He is a young man who is always looking forward to hang out with family. He is a young man that tries to do the best he can, I know he has a great heart, I know he is loved by his parents, brothers, nephews, aunts and cousins. He loves to be surrounded by friends and he is a young man with a bright future ahead. Please consider this letter.

Thank you for your time

Sincerely,

June 5, 2023

Nancie Chavarria
7723 S. 73rd Dr.
Laveen, Az 85339

Re: Nicolas Carillo

To. The Honorable Magistrate judge Eileen S. Willett

I have known Nicolas "Nico" as a good friend and neighbor for over 13 years. I was troubled and surprised to hear about this recent case. He has always been a good solid person, always willing to lend a hand. As soon as he turned 18 years old, he joined the military, and was very proud to serve his Country. It is for this reason that I am happy to write this letter for Nicholas. I understand the seriousness of this matter. However, I hope that the Court will show some leniency.

It is unfortune that he has made some bad decisions resulting in this case. It comes as no surprise that he is ready to accept responsibility for his actions. He has expressed a deep sense of remorse in making a serious mistake. I strongly believe in his ability to pay his debt to society.

It is my hope that the Court takes this letter into consideration at the time of sentencing. Despite the current case.

I believe Nicolas is a good human being.

Sincerely,

Nancie Chavania

06/06/2023

To whom it may Concern.

Im writing this letter to publicize the good family relationship with Nicolas Carrillo my cousin and my uncles (his parents) who make up a very good family.

I have had many very nice moments with my cousin who I love, appreciate and admire for having served in the ARMY, that together we have gone to play golf, to the gym and parties, he has always presented very good behavior always being very happy, respectful and friendly.

I have never known or seen my cousin with bad attitud, nor returned to a problem in the time we have lived together.

Respectfully : Santiago Esquer

Jazlynn Herrera
6605 West Desert Ln
Laveen, AZ 85339

June 4th, 2023

To the honorable Judge Willet,

My name is Jazlynn, I am a friend of
Nicholas. I have known him for a few years
now. He is my bestfriends brother and
I have gotten to know him so well
over the last few years. Ever since I met
him he has always been a great and
caring person. He is a person of good
moral character and is very hardworking.
He has always been there for me
no matter when I needed him.

I am aware of the charges Nicholas
is facing. I understand the seriousness
of this matter and hope the will
show leniency for Nicholas.

Jazlynn Herrera

Jazlynn.herrera02@icloud.com